# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:18-cr-10069-STA |
| ) | Chief Judge S. Thomas Anderson |
| JASON DWIGHT KING ) | |

## ORDER AND NOTICE OF RESETTING

This cause is before the Court on the Defendant's Motion to Continue Change of Plea Hearing from Friday, February 8, 2019 at 10:30 a.m., to a later date convenient to the Court and counsel. Having considered the representations made in the Defendant's Motion, and for good cause shown, the Court is of the opinion that the change of plea hearing should be continued.

Accordingly, it is

**ORDERED:**

That the Change of Plea Hearing is hereby continued to **Monday, February 25, 2019 at 9:30a.m.**

**DONE AND ORDERED** in Chambers at Jackson, Tennessee, this 6th day of February, 2019.

                                                s/S. Thomas Anderson
                                              S. Thomas Anderson
                                              Chief United States District Judge