IN THE UNITED STATES DISTRICT COURT
                    FOR THE WESTERN DISTRICT OF TENNESSEE
                             EASTERN DIVISION

_____

UNITED STATES OF AMERICA,         )
                                  )
            Plaintiff,            )
                                  )
VS.                               )         CR. NO. 1:18-10069-STA
                                  )
JASON KING,                       )
                                  )
            Defendant.            )
_____

                    ORDER ON CHANGE OF PLEA
                      AND NOTICE OF SETTING
_____

      This cause came to be heard on February 25, 2019, Assistant United States Attorney, Jerry Kitchen, appearing for the Government and the defendant, Jason King, appearing in person, and with counsel, Peter Strianse.

      With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

      A basis in fact having been established, the Court accepted the guilty plea.

      **SENTENCING** in this case is **SET** for **TUESDAY, MAY 28, 2019 at 11:00 A.M., before Chief S. Thomas Anderson.**

      Defendant is remanded to the custody of the United States Marshals.

      **ENTERED** this the 25th day of February, 2019.

                                        s/ S. Thomas Anderson
                                        CHIEF JUDGE, U. S. DISTRICT COURT