# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:18-cr-10069-STA |
| | ) | Chief Judge S. Thomas Anderson |
| JASON DWIGHT KING | ) | |

## ORDER AND NOTICE OF RESETTING

This cause is before the Court on the Defendant's Motion to Continue Sentencing Hearing from Tuesday, May 28, 2019 at 11:00 a.m., to a later date convenient to the Court and counsel. Having considered the representations made in the Defendant's Motion, and for good cause shown, the Court is of the opinion that the change of plea hearing should be continued.

As counsel does not state in his motion an estimate of time for resolving the state court cases referenced, the Court will continue the hearing for a period of approximately forty-five (45) days.

Accordingly, it is **ORDERED:**

That the Sentencing Hearing is hereby continued to **Tuesday, July 16, 2019 at 10:00a.m.**

**DONE AND ORDERED** in Chambers at Jackson, Tennessee, this 24th day of May, 2019.

s/S. Thomas Anderson
S. Thomas Anderson
Chief United States District Judge